UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHELITA M. SELLS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-5301** |
| **STATE FARM FIRE AND CASUALTY COMPANY** | **SECTION "K"(3)** |

### ORDER

Before the Court is the motion for partial summary judgment filed on behalf of defendant State Farm Fire & Casualty Company (Doc. 17). Considering plaintiff's failure to file an opposition to the motion[1] and the fact that the motion appears to be well founded, the motion is GRANTED. Accordingly,

**IT IS ORDERED** that the 2006 Amendments to Louisiana Revised Statute 22:658 are not applicable to plaintiff's claim.

New Orleans, Louisiana, this 18th day of March, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The deadline for filing an opposition to the motion expired March 11, 2008.